### BROWN *vs.* MILLER.

A reference to ascertain the amount of damages sustained by the plaintiff will not be granted, after a default for want of a plea, upon a mere general affidavit that the inquiry involves the examination of a long account: but the production of a sworn copy of the account on which the suit is brought will be required.

The defendant's default for want of a plea having been entered, the plaintiff's attorney, upon a general affidavit that the inquiry involved the examination of a long account, moved, *ex parte*, for a reference to ascertain the amount of damages.

EDMONDS, J.    Cases of this kind have occurred where the damages could very conveniently have been ascertained by a sheriff's jury, but where the plaintiff's attorney, upon an affidavit like this, has obtained a rule of reference, and very largely and unnecessarily augmented the costs.    To guard against such an abuse of the statute, I shall in future exact from the plaintiff's attorney a sworn copy of the account on which the suit is brought; so that the court may judge for itself as to the necessity of a reference.

---

SAME TERM.    *Before the same Justice.*